UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FUNDS IN THE AMOUNT OF $91,150.68, ) | CASE NO. 1:05-cv-1458-DFH-TAB |
| FUNDS IN THE AMOUNT OF $40,576.91, ) | |
| and ONE 2000 FORD MUSTANG, ) | |
| Vehicle Identification Number ) | |
| IFAFP4441YF109947, ) | |
| ) | |
| Defendants. ) | |

ORDER ON PENDING MOTIONS

The United States filed this forfeiture action under 18 U.S.C. § 981(a)(1) against both funds and one vehicle, alleging that the funds and vehicle were proceeds of on-line fraudulent activity. Gregory Pearson and Robert Pearson were notified of the proceedings and filed claims. They have failed, however, to answer discovery about the basis of their claims. The magistrate judge ordered them to respond by September 10, 2007, and they failed to respond. For the reasons set forth in the United States' motion for the sanction of default, the court agrees there is no need to further indulge the claimants' delays and their violation of the direct court order compelling responses. In addition, the court strikes the answer purportedly filed on behalf of the property itself. The property cannot claim itself.

Accordingly, the court will enter final judgment in favor of the United States.

-2-

So ordered.

Date:  January 23, 2008

_____
DAVID F. HAMILTON,CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Swaray Edward Conteh
contehlaw@att.net

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE
winfield.ong@usdoj.gov